JOHN GARRICK *et al.*

*v.*

ANGIE P. CHAMBERLAIN.

*At Ottawa, March Term, 1881.*

REHEARING—*second petition by the same party.* A second petition for a rehearing of a cause in this court by the same party is not allowable.

APPEAL from the Appellate Court for the First District.

Upon the rendering of a decision in this case at a former term of this court, the appellee filed a petition for a rehearing, which was fully considered, and denied. Now a second petition for a rehearing is filed by the same party. The appellants move that it be stricken from the files.

SCOTT, J.: There is nothing in the rules, or in any practice that has ever prevailed in this court, that would authorize a second petition by the same party for a rehearing. A majority of the court are therefore of opinion that the motion made to strike what purports to be a second petition for a rehearing from the files, should be allowed, and it is accordingly done.

*Petition stricken from the files.*

DICKEY, Ch. J.: I do not concur in the opinion of the majority of the court.